## IN THE UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF ALABAMA

RECEIVED

| | | |
|---|---|---|
| **CHARLENE SANDY WISE,** | ) | |
| | ) | 2007 JUN 21  A 11: 37 |
| **Plaintiff,** | ) | |
| | ) | DEBRA P. HACKETT, CLK |
| **VS.** | ) | **CASE NO.: CV-07** 1:07-CV-557-WKW |
| | ) | |
| **UNITED STATES OF AMERICA** | ) | |
| | ) | **JURY TRIAL DEMANDED** |
| **Defendant.** | ) | |

## COMPLAINT

COMES now the Plaintiff in the above styled matter, by and through counsel, and hereby submits this Complaint at law against the Defendant, and as grounds therefore shows unto the Court as follows:

### STATEMENT OF THE PARTIES

1.  Plaintiff, Charlene Sandy Wise, is over the age of nineteen years and is a resident citizen of Houston County, Alabama.

2.  Defendant, United States of America, owns and operates the post office doing business at 379 N. Oates Street in Dothan, Houston County, Alabama.

### STATEMENT OF THE FACTS

3.  On or about June 29, 2005, Plaintiff Charlene Sandy Wise entered the Defendant's premises for the purpose of picking up office mail.

4.  While on the Defendant's premises, the Plaintiff slipped and fell on the freshly mopped floor of said premises.

5.    No visible signs were placed on or around said area, nor were any reasonable measures taken by the Defendant to protect and/or to warn the Plaintiff or other persons from slipping and falling on the freshly mopped floor.

6.    As a result of her fall, Plaintiff suffered serious physical injuries.

## COUNT I

## NEGLIGENCE, WANTONNESS AND/OR WILLFULLNESS

7.    Plaintiff re-alleges all prior paragraphs as if set out in full.

8.    The Defendant owed the Plaintiff a duty to make reasonable efforts of preventing slippery and/or otherwise dangerous substances from puddling and/or resting upon its floor.

9.    The Defendant owed the Plaintiff a duty to perform reasonable inspections to seek out any such dangerous conditions.

10.    The Defendant owed the Plaintiff a duty to warn her or to otherwise protect her from the slippery, dangerous area as described above.

11.    The Defendant negligently, wantonly, and/or willfully failed to exercise its duties and obligations as described herein above.

12.    As a direct result of Defendant's negligence, wantonness, and/or willfulness, the Plaintiff suffered severe physical injuries, lost wages, loss of enjoyment of life, mental anguish and emotional distress.

WHEREFORE, the above premises considered, the Plaintiff prays that this Honorable Court award her compensatory and punitive damages in an amount which the jury deems fit, but not to exceed $500,000 exclusive of interest and costs.

Respectfully submitted this the 20 day of June, 2007.

M. ADAM JONES (JON 126)
Counsel for Plaintiff

OF COUNSEL:
MORRIS, CARY, ANDREWS, TALMADGE,
JONES & DRIGGERS, LLC
P.O. Box 1649
Dothan, Alabama 36302

Plaintiff demands trial by jury on all counts so triable.

OF COUNSEL

SERVE DEFENDANT AT:

United States Postal Service
Jack Potter, Postmaster General
475 L'Enfant Plaza SW
Washington, DC 20260-0004

and

Susan Demko
United States Postal Service
Tot Claims Section
P.O. Box 80471
St. Louis, Missouri 63180-9471