**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Susan Demko
United States Postal Service
Tort Claims Section
P.O. Box 80471
St. Louis, Missouri 63180-8471

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____  ☐ Agent
                              ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No

   JUN 28 2007
   07cv557

3. Service Type
   ☒ Certified Mail     ☐ Express Mail
   ☐ Registered         ☒ Return Receipt for Merchandise
   ☐ Insured Mail       ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
   (Transfer from service label)    7007 0220 0004 5513 8611

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540