**IN THE UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF ALABAMA**

| | |
|---|---|
| **CHARLENE SANDY WISE,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| VS. | )   CASE NO.: 1:07-cv-557 |
| | ) |
| **UNITED STATES OF AMERICA** | ) |
| | ) |
| **Defendant.** | ) |
| | ) |

### PLAINTIFF'S MOTION TO DISMISS

Comes now the Plaintiff in the above styled matter, by and through counsel, and hereby respectfully moves that this Honorable Court dismiss this case without prejudice so that the parties may attempt a resolution thereof through the administrative claims process.

Respectfully submitted this the 23rd day of July, 2007.

/s/ M. Adam Jones
M. ADAM JONES (JON 126)
Counsel for Plaintiff

OF COUNSEL:
Jacoby & Meyers, LLC
P.O. Box 5551
Dothan, Alabama 36302
PH:   334-794-8000
FX:   334-699-6885

**CERTIFICATE OF SERVICE**

      I hereby certify that I have on July 23, 2007, served a copy of the foregoing pleading electronically via CM/ECF system and by placing a copy of same in the United States mail, postage pre-paid, and properly addressed as follows:

United States of America
c/o Albert Gonzales, Attorney General
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC  20530-0001

United States Postal Service
Jack Potter, Postmaster General
475 L'Enfant Plaza SW
Washington, DC  20260-0004

Susan Demko
United States Postal Service
Tot Claims Section
P.O. Box 80471
St. Louis, Missouri 63180-9471

Leura G. Canary
U.S. Attorney's Office
P.O. Box 197
Montgomery, Alabama  36101

Alberto Gonzales
U.S. Department of Justice
950 Pennsylvania Avenue; NW
Washington, DC  20530-0001

                                              /s/ M. Adam Jones